UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RUCHEL BLUMENFELD,                                    JUDGMENT
                                                     15-CV- 4578 (JG)
                     Plaintiff,

   -against-

ADVANCED CALL CENTER TECHNOLOGIES, LLC,

                 Defendant.
----------------------------------------------------------------X

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 23, 2015, ordering that Defendant's motion to dismiss is granted, and its request for attorneys' fees is denied; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss is granted, and its request for attorneys' fees is denied.

Dated: Brooklyn, New York                                 Douglas C. Palmer
      November 02, 2015                              Clerk of Court

                                                  by:    */s/ Janet Hamilton*
                                                           Deputy Clerk